UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **Christi Engel** | § § § § Civil Action No. § § **v** § 5:17-cv-00852-DAE § § § § **Portfolio Recovery** § § **Associates, LLC** § § |

**Plaintiff's Notice of Dismissal with Prejudice**

_____

Plaintiff, per Fed. R. Civ. P. 41, gives this Court notice of her dismissal of this action with prejudice.

Dated: December 20, 2017    Respectfully Submitted,

/s/William M. Clanton
William M. Clanton
Texas Bar No. 24049436

Law Office of Bill Clanton, P.C.
926 Chulie
San Antonio, TX 78216
210 226 0800
210 338 8660 fax
bill@clantonlawoffice.com